IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THANG NGO,<br><br>    Defendant.<br>                                         / | No. C 12-02416 WHA<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION** |

      A September 5 order granted defendant's request to transfer this action to the San Jose Division. The order was based on defendant's pro se and indigent status and inability to travel to San Francisco (Dkt. No. 15). Immediately after the order was issued, defendant retained pro bono counsel. Now, plaintiff files an *unopposed* motion for reconsideration.

      Because defendant is now represented by counsel, the reasons for transferring this action no longer exist. Therefore, the September 15 order is **VACATED** and defendant's motion to transfer is **DENIED**. The motion hearing scheduled for October 11 is **VACATED**. The case management conference will still be held at **11:00 A.M. ON SEPTEMBER 20, 2012**. The parties shall file a joint case management statement by **TOMORROW AT NOON**.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE